In the United States District Court
For The Western District of Oklahoma

Tim E. Holz,

Plaintiff,

vs.

No. CIV-23-74-JD

Jury Trial Demand

Jesse Anderson,

Defendant's

Individual Capacity Action

Complaint

## Jurisdiction

Oklahoma Tort statutes, pursuant, Pendant State Law 28 U.S.C. Section 1367

United States Constitution

## Cause Of Action

On or about April 15th, 2022, I moved into a low income apartment. Jesse Anderson and his co-conspirator(s) (s/d) stole every bit of my personal property. He brought my empty bags

1 of 3 pages

up to Apt. #301. I did pack all my personal property and took it all to the room that our things are locked up in at the Cardinal House. Jesse & Sumer Kiser/Dismuke stole every bit of my personal property of any value! - Jesse Anderson works for Melissa R. Godbold at F.B.I. OKC.. There was nothing in my bags except trash.

## Claims Raised

**Claim 1** — Violation of the State Tort laws for theft of my personal property

**Claim #2** — Violation of the 5th Amendment for "due process of law" pursuant the U.S. Constitution

**Claim #3** — Violation 8th Amendment of the U.S. Constitution for Cruel and Unusual Punishment

## Damages

$250, Million Dollars compensatory damages in each claim raised

$250 Million Dollars punitive damages in each claim raised

2 of 3 pages

PARTIES SECTION

Plaintiff,

Tim E. Holz, Shartel Apartment's #301, 5415 Shartel Ave., Oklahoma City, OK 73109

Defendant,

Jesse Andersen, BSW
Housing Navigator: Diversion HUB
HOMELESS ALLIANCE
P: 405.404.1495
F: 405.493.9307
220 N.W. 10th Street
Oklahoma City, OK 73103
jandersen@homelessalliance.org

3 of 3 page's