IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY E. HOLZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-00074-JD |
| JESSE ANDERSON, individually, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 21st day of July 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE